IRS Logo

This Product Contains Sensitive Taxpayer Data

# Account Transcript

EXHIBIT A

Request Date: 11-05-2020
Response Date: 11-05-2020
Tracking Number: 100584079443

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-3093

TERR KWON

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Sep. 28, 2020 |
| ACCRUED PENALTY: | 0.00 | AS OF: Sep. 28, 2020 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 976,537.00 |
| TAXABLE INCOME: | 962,149.00 |
| TAX PER RETURN: | 265,261.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 08, 2008

PROCESSING DATE Oct. 27, 2008

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20084208 | 10-27-2008 | $265,261.00 |
| n/a | 80221-283-03295-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2008 | -$4,149.00 |
| 960 | Appointed representative | | 02-20-2008 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10- | | 04-12-2008 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | 15-2008 | | | |
| 170 | Penalty for not pre-paying tax<br>02-28-2019 | 20084208 | 10-08-2008 | $2,087.00 |
| 276 | Penalty for late payment of tax | 20084208 | 10-27-2008 | $9,138.92 |
| 196 | Interest charged for late payment | 20084208 | 10-27-2008 | $7,810.96 |
| 971 | Notice issued<br>CP 0014 | | 10-27-2008 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20084308 | 11-03-2008 | $0.00 |
| n/a | 80254-999-05099-8 | | | |
| 971 | Tax period blocked from automated levy program | | 03-02-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 02-16-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 02-21-2009 | $0.00 |
| 971 | Pending installment agreement | | 02-27-2009 | $0.00 |
| 610 | Payment with return | | 03-06-2009 | -$10,309.00 |
| 582 | Lien placed on assets due to balance owed | | 03-13-2009 | $0.00 |
| 360 | Fees and other expenses for collection | | 04-06-2009 | $18.00 |
| 971 | Amended tax return or claim forwarded for processing | | 03-06-2009 | $0.00 |
| 977 | Amended return filed | | 03-06-2009 | $0.00 |
| n/a | 09277-492-02199-9 | | | |
| 290 | Additional tax assessed<br>07-20-2019 | 20091908 | 05-25-2009 | $50,565.00 |
| n/a | 09254-526-77050-9 | | | |
| 972 | Removed installment agreement | | 02-27-2009 | $0.00 |
| 971 | Pending installment agreement | | 02-27-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-01-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 08-06-2009 | $0.00 |
| 972 | Removed installment agreement | | 07-20-2009 | $0.00 |
| 670 | Payment<br>Levy | | 12-15-2009 | -$211.13 |
| 470 | Claim pending | | 02-25-2010 | $0.00 |
| 472 | Resolved claim | | 04-19-2011 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20121305 | 04-09-2012 | $0.00 |
| n/a | 89254-479-14793-2 | | | |
| 196 | Interest charged for late payment | 20121305 | 04-09-2012 | $48,740.62 |
| 276 | Penalty for late payment of tax | 20121305 | 04-09-2012 | $66,853.11 |
| 971 | Notice issued<br>CP 0021 | | 04-09-2012 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-22-2012 | $0.00 |
| 470 | Claim pending | | 12-26-2012 | $0.00 |
| 470 | Claim pending | | 12-26-2012 | $0.00 |
| 472 | Resolved claim | | 08-21-2013 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 971 | Notice issued<br>CP 071C | | 0. 23-2014 | $0.00 |
| 196 | Interest charged for late payment | 20142305 | 06-23-2014 | $29,781.03 |
| 960 | Appointed representative | | 02-17-2015 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 06-29-2015 | $0.00 |
| 196 | Interest charged for late payment | 20152305 | 06-29-2015 | $14,415.27 |
| 706 | Credit transferred in from<br>1040 201412 | | 04-15-2015 | -$66,742.02 |
| 670 | Payment | | 11-20-2015 | -$39,209.48 |
| 971 | Account match for federal levy payment program | | 01-04-2016 | $0.00 |
| 971 | Notice issued<br>CP 0091 | | 01-04-2016 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 01-04-2016 | $0.00 |
| 670 | Payment | | 03-16-2016 | -$371.70 |
| 971 | Account match for federal levy payment program | | 04-04-2016 | $0.00 |
| 670 | Payment | | 04-20-2016 | -$371.70 |
| 670 | Payment | | 05-18-2016 | -$371.70 |
| 971 | Notice issued<br>CP 071C | | 06-27-2016 | $0.00 |
| 196 | Interest charged for late payment | 20162305 | 06-27-2016 | $12,313.32 |
| 670 | Payment | | 06-15-2016 | -$371.70 |
| 670 | Payment | | 07-20-2016 | -$371.70 |
| 670 | Payment | | 08-17-2016 | -$371.70 |
| 670 | Payment | | 09-21-2016 | -$371.70 |
| 670 | Payment | | 10-19-2016 | -$371.70 |
| 670 | Payment | | 11-03-2016 | -$2,009.72 |
| 670 | Payment | | 11-16-2016 | -$374.85 |
| 670 | Payment | | 12-21-2016 | -$374.85 |
| 670 | Payment | | 01-18-2017 | -$370.20 |
| 670 | Payment | | 02-15-2017 | -$370.20 |

| | | | |
|---|---|---|---|
| 670 | Payment | 03-15-2017 | -$370.20 |
| 670 | Payment | 04-19-2017 | -$373.95 |
| 530 | Balance due account currently not collectable | 05-15-2017 | $0.00 |
| 670 | Payment | 05-17-2017 | -$373.95 |
| 972 | Removed installment agreement | 05-15-2017 | $0.00 |
| 971 | First Levy Issued on Module | 06-12-2017 | $0.00 |
| 670 | Payment | 06-21-2017 | -$373.95 |
| 670 | Payment | 07-19-2017 | -$373.95 |
| 670 | Payment | 08-16-2017 | -$373.95 |
| 670 | Payment | 09-20-2017 | -$373.95 |
| 670 | Payment | 10-18-2017 | -$373.95 |
| 706 | Credit transferred in from 1040 201612 | 04-15-2017 | -$316,590.02 |
| 670 | Payment | 11-15-2017 | -$373.95 |
| 670 | Payment | 12-20-2017 | -$373.95 |
| 670 | Payment | 01-17-2018 | -$382.65 |
| 670 | Payment | 02-21-2018 | -$382.65 |
| 670 | Payment | 03-21-2018 | -$382.65 |
| 960 | Appointed representative | 04-09-2018 | $0.00 |
| 670 | Payment | 04-18-2018 | -$382.65 |
| 670 | Payment | 05-16-2018 | -$382.65 |
| 670 | Payment | 06-20-2018 | -$382.65 |
| 971 | Passport certified seriously delinquent tax debt | 07-30-2018 | $0.00 |
| 670 | Payment | 07-18-2018 | -$382.65 |

| | | | | |
|---|---|---|---|---|
| 670 | Payment | | 08-15-2018 | -$382.65 |
| 670 | Payment | | 09-19-2018 | -$382.65 |
| 537 | Account currently considered collectable | | 10-08-2018 | $0.00 |
| 971 | Account match for federal levy payment program | | 12-10-2018 | $0.00 |
| 971 | Notice issued<br>CP 0091 | | 12-10-2018 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 12-10-2018 | $0.00 |
| 583 | Removed lien | | 11-30-2018 | $0.00 |
| 972 | Passport certified seriously delinquent tax debt reversal | | 02-25-2019 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-21-2019 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-15-2019 | $92.00 |
| 608 | Write-off of balance due | | 07-22-2019 | -$56,212.56 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-27-2019 | $0.00 |
| 710 | Credit you chose to apply from prior tax period | | 04-15-2018 | -$2,213.00 |
| 609 | Reinstate balance due | | 07-22-2019 | $56,212.56 |
| 277 | Reduced or removed penalty for late payment of tax | | 09-28-2020 | -$553.26 |
| 608 | Write-off of balance due | | 09-28-2020 | -$53,446.30 |
| 290 | Disallowed claim<br>00-00-0000 | 20204105 | 10-26-2020 | $0.00 |
| n/a | 89254-679-98004-0 | | | |
| 971 | Notice issued<br>CP 0055 | | 10-26-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data

IRS Logo

This Product Contains Sensitive Taxpayer Data

# Account Transcript

EXHIBIT B

Request Date: 11-05-2020
Response Date: 11-05-2020
Tracking Number: 100584079443

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-3093

TERR KWON

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Nov. 11, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 11, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): 0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 541,620.00 |
| TAXABLE INCOME: | 507,504.00 |
| TAX PER RETURN: | 155,270.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Feb. 14, 2012

PROCESSING DATE Mar. 19, 2012

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20121005 | 03-19-2012 | $155,270.00 |
| n/a | 89221-045-23201-2 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$22,476.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | | 04-07-2011 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 170 | Penalty for not pre-paying x<br>03-19-2022 | 20121005 | 0[illegible].9-2012 | $1,836.00 |
| 166 | Penalty for filing tax return after the due date<br>03-19-2022 | 20121005 | 03-19-2012 | $23,902.92 |
| 276 | Penalty for late payment of tax | 20121005 | 03-19-2012 | $7,967.64 |
| 196 | Interest charged for late payment | 20121005 | 03-19-2012 | $4,687.37 |
| 971 | Notice issued<br>CP 0014 | | 03-19-2012 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20121305 | 04-09-2012 | $0.00 |
| n/a | 89254-479-14792-2 | | | |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-27-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-04-2012 | $0.00 |
| 360 | Fees and other expenses for collection | | 05-28-2012 | $30.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-10-2012 | $0.00 |
| 470 | Claim pending | | 12-26-2012 | $0.00 |
| 470 | Claim pending | | 12-26-2012 | $0.00 |
| 472 | Resolved claim | | 11-23-2013 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 06-23-2014 | $0.00 |
| 196 | Interest charged for late payment | 20142305 | 06-23-2014 | $12,015.22 |
| 276 | Penalty for late payment of tax | 20142305 | 06-23-2014 | $25,230.86 |
| 960 | Appointed representative | | 02-02-2015 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 06-29-2015 | $0.00 |
| 196 | Interest charged for late payment | 20152305 | 06-29-2015 | $6,454.37 |
| 971 | Account match for federal levy payment program | | 01-04-2016 | $0.00 |
| 971 | Notice issued<br>CP 0091 | | 01-04-2016 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 01-04-2016 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 06-27-2016 | $0.00 |
| 196 | Interest charged for late payment | 20162305 | 06-27-2016 | $7,050.88 |
| 530 | Balance due account currently not collectable | | 05-15-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 06-12-2017 | $0.00 |
| 960 | Appointed representative | | 04-09-2018 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 07-30-2018 | $0.00 |
| 537 | Account currently considered collectable | | 10-01-2018 | $0.00 |
| 530 | Balance due account currently not collectable | | 09-18-2018 | $0.00 |
| 670 | Payment | | 10-17-2018 | -$382.65 |
| 971 | Account match for federal levy payment program | | 11-05-2018 | $0.00 |
| 531 | Account currently considered collectable | | 10-23-2018 | $0.00 |
| 670 | Payment | | 10-25-2018 | -$62,000.00 |
| 971 | Account match for federal levy payment program | | 01-07-2019 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 971 | Notice issued<br>CP 0091 | | 01-07-2019 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 01-07-2019 | $0.00 |
| 972 | Passport certified seriously delinquent tax debt reversal | | 02-25-2019 | $0.00 |
| 670 | Payment | | 03-20-2019 | -$394.50 |
| 971 | Account match for federal levy payment program | | 04-08-2019 | $0.00 |
| 670 | Payment | | 04-17-2019 | -$394.50 |
| 670 | Payment | | 05-15-2019 | -$394.50 |
| 670 | Payment | | 06-19-2019 | -$394.50 |
| 670 | Payment | | 07-17-2019 | -$394.50 |
| 670 | Payment<br>Levy | | 07-25-2019 | -$8,954.37 |
| 670 | Payment | | 08-21-2019 | -$394.50 |
| 670 | Payment | | 09-18-2019 | -$394.50 |
| 290 | Disallowed claim<br>00-00-0000 | 20193905 | 10-14-2019 | $0.00 |
| n/a | 28254-662-98087-9 | | | |
| 971 | Notice issued<br>CP 0055 | | 10-14-2019 | $0.00 |
| 670 | Payment<br>Miscellaneous Payment | | 10-07-2019 | -$180,623.90 |
| 196 | Interest charged for late payment | 20194105 | 10-28-2019 | $32,753.16 |
| 670 | Payment | | 10-16-2019 | -$394.50 |
| 846 | Refund issued | | 10-25-2019 | $394.55 |
| 776 | Interest credited to your account | | 11-04-2019 | -$0.05 |
| 290 | Disallowed claim<br>00-00-0000 | 20204105 | 10-26-2020 | $0.00 |
| n/a | 89254-676-98006-0 | | | |
| 971 | Notice issued<br>CP 0055 | | 10-26-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data

IRS Logo

This Product Contains Sensitive Taxpayer Data

# Account Transcript

EXHIBIT C

Request Date: 11-05-2020
Response Date: 11-05-2020
Tracking Number: 100584079443

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-3093

TERR KWON

535 PI

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Oct. 05, 2020 |
| ACCRUED PENALTY: | 0.00 | AS OF: Oct. 05, 2020 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 844,147.00 |
| TAXABLE INCOME: | 830,518.00 |
| TAX PER RETURN: | 267,995.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 15, 2012 |
| PROCESSING DATE | Nov. 19, 2012 |

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20124505 | 11-19-2012 | $267,995.00 |
| n/a | 80221-290-98008-2 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2012 | -$6,646.00 |

| | | | |
|---|---|---|---|
| 170 | Penalty for not pre-paying .x 11-19-2022 | 20124505 1ı-'9-2012 | $3,611.00 |
| 166 | Penalty for filing tax return after the due date 11-19-2022 | 20124505 11-19-2012 | $58,803.52 |
| 276 | Penalty for late payment of tax | 20124505 11-19-2012 | $10,453.96 |
| 196 | Interest charged for late payment | 20124505 11-19-2012 | $5,771.94 |
| 971 | Notice issued CP 0014 | 11-19-2012 | $0.00 |
| 670 | Payment | 12-07-2012 | -$270,731.94 |
| 470 | Claim pending | 12-26-2012 | $0.00 |
| 470 | Claim pending | 12-26-2012 | $0.00 |
| 472 | Resolved claim | 11-23-2013 | $0.00 |
| 971 | Notice issued CP 071C | 06-23-2014 | $0.00 |
| 196 | Interest charged for late payment | 20142305 06-23-2014 | $3,386.70 |
| 960 | Appointed representative | 02-02-2015 | $0.00 |
| 971 | Notice issued CP 071C | 06-29-2015 | $0.00 |
| 196 | Interest charged for late payment | 20152305 06-29-2015 | $2,249.17 |
| 971 | Account match for federal levy payment program | 01-04-2016 | $0.00 |
| 971 | Notice issued CP 0090 | 01-04-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 01-04-2016 | $0.00 |
| 971 | Notice issued CP 0091 | 03-14-2016 | $0.00 |
| 971 | Final notice before levy on social security benefits | 03-14-2016 | $0.00 |
| 971 | Notice issued CP 071C | 06-27-2016 | $0.00 |
| 196 | Interest charged for late payment | 20162305 06-27-2016 | $2,457.05 |
| 530 | Balance due account currently not collectable | 05-15-2017 | $0.00 |
| 971 | First Levy Issued on Module | 06-12-2017 | $0.00 |
| 960 | Appointed representative | 04-09-2018 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | 07-30-2018 | $0.00 |
| 537 | Account currently considered collectable | 10-01-2018 | $0.00 |
| 530 | Balance due account currently not collectable | 09-18-2018 | $0.00 |
| 531 | Account currently considered collectable | 10-23-2018 | $0.00 |
| 971 | Account match for federal levy payment program | 01-07-2019 | $0.00 |
| 971 | Notice issued CP 0091 | 01-07-2019 | $0.00 |
| 971 | Final notice before levy on social security benefits | 01-07-2019 | $0.00 |
| 972 | Passport certified seriously delinquent tax debt reversal | 02-25-2019 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 06-21-2019 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 06-27-2019 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20193905 10-14-2019 | $0.00 |

| | | | | |
|---|---|---|---|---|
| n/a | 28254-662-98088-9 | | | |
| 971 | Notice issued<br>CP 0055 | | 10-14-2019 | $0.00 |
| 670 | Payment<br>Miscellaneous Payment | | 10-07-2019 | -$89,983.14 |
| 196 | Interest charged for late payment | 20194105 | 10-28-2019 | $12,632.74 |
| 290 | Disallowed claim<br>00-00-0000 | 20203805 | 10-05-2020 | $0.00 |
| n/a | 89254-660-98000-0 | | | |
| 971 | Notice issued<br>CP 0055 | | 10-05-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data

IRS Logo

This Product Contains Sensitive Taxpayer Data

# Account Transcript

EXHIBIT D

Request Date: 11-05-2020
Response Date: 11-05-2020
Tracking Number: 100584079443

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-3093

TERR KWON
535 PI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Nov. 11, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 11, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): 0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 1,179,115.00 |
| TAXABLE INCOME: | 1,171,265.00 |
| TAX PER RETURN: | 426,756.00 |
| SE TAXABLE INCOME TAXPAYER: | 6,435.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 985.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 14, 2016
PROCESSING DATE Nov. 07, 2016

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20164205 | 11-07-2016 | $426,756.00 |
| n/a | 80211-688-13772-6 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2016 | -$6,719.00 |

| | | | | |
|---|---|---|---|---|
| 460 | Extension of time to file ι return ext. Date 10-15-2016 | | 0. 5-2016 | $0.00 |
| 670 | Payment | | 04-15-2016 | -$240,000.00 |
| 610 | Payment with return | | 10-14-2016 | -$27,271.00 |
| 176 | Penalty for not pre-paying tax 11-07-2026 | 20164205 | 11-07-2016 | $4,563.32 |
| 276 | Penalty for late payment of tax | 20164205 | 11-07-2016 | $6,164.94 |
| 196 | Interest charged for late payment | 20164205 | 11-07-2016 | $4,027.41 |
| 971 | Notice issued CP 0023 | | 11-07-2016 | $0.00 |
| 971 | Account match for federal levy payment program | | 02-13-2017 | $0.00 |
| 971 | Notice issued CP 0090 | | 02-13-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 02-13-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 03-31-2017 | $0.00 |
| 971 | Notice issued CP 0091 | | 04-24-2017 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 04-24-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 04-24-2017 | $0.00 |
| 530 | Balance due account currently not collectable | | 05-15-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 06-12-2017 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 07-30-2018 | $0.00 |
| 537 | Account currently considered collectable | | 10-01-2018 | $0.00 |
| 530 | Balance due account currently not collectable | | 09-18-2018 | $0.00 |
| 531 | Account currently considered collectable | | 10-23-2018 | $0.00 |
| 960 | Appointed representative | | 11-14-2018 | $0.00 |
| 971 | Account match for federal levy payment program | | 01-07-2019 | $0.00 |
| 971 | Notice issued CP 0091 | | 01-07-2019 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 01-07-2019 | $0.00 |
| 972 | Passport certified seriously delinquent tax debt reversal | | 02-25-2019 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-21-2019 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-27-2019 | $0.00 |
| 276 | Penalty for late payment of tax | 20193905 | 10-14-2019 | $32,844.68 |
| 271 | Reduced or removed penalty for late payment of tax | | 10-14-2019 | -$39,009.62 |
| 290 | Additional tax assessed 00-00-0000 | 20193905 | 10-14-2019 | $0.00 |
| n/a | 28254-662-07132-9 | | | |
| 971 | Notice issued CP 0021 | | 10-14-2019 | $0.00 |
| 670 | Payment Miscellaneous Payment | | 10-07-2019 | -$185,063.10 |
| 196 | Interest charged for late payment | 20194105 | 10-28-2019 | $23,643.95 |

| | | | | |
|---|---|---|---|---|
| 276 | Penalty for late payment o[illegible] [illegible]ax | 20194105 | 1[illegible] [illegible]3-2019 | $0.01 |
| 846 | Refund issued | | 10-21-2019 | $62.44 |
| 776 | Interest credited to your account | | 10-28-2019 | -$0.03 |
| 960 | Appointed representative | | 10-22-2019 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 10-26-2020 | -$0.01 |
| 290 | Additional tax assessed<br>00-00-0000 | 20204105 | 10-26-2020 | $0.00 |
| n/a | 89254-679-08605-0 | | | |
| 971 | Notice issued<br>CP 0021 | | 10-26-2020 | $0.00 |
| 386 | Write-off of credit balance less than $1 | | 10-26-2020 | $0.01 |

This Product Contains Sensitive Taxpayer Data

IRS Logo

This Product Contains Sensitive Taxpayer Dat

# Account Transcript

EXHIBIT E

Request Date: 11-05-2020
Response Date: 11-05-2020
Tracking Number: 100584079443

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-3093

TERR KWON
535 PI

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Nov. 11, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 11, 2019 |
| ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): | 0.00 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 286,939.00 |
| TAXABLE INCOME: | 264,492.00 |
| TAX PER RETURN: | 88,164.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 16, 2017
PROCESSING DATE Nov. 06, 2017

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20174205 | 11-06-2017 | $88,164.00 |
| n/a | 80211-689-39844-7 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$6,684.00 |

| | | | |
|---|---|---|---|
| 460 | Extension of time to le . return ext. Date 10-15-2017 | .5-2017 | $0.00 |
| 670 | Payment | 0 = 2017 | -$400,000.00 |
| 176 | Penalty for not pre-paying tax 11-06-2027 | 20174205 11-06-2017 | $1,929.98 |
| 826 | Credit transferred out to 1040 200712 | 04-15-2017 | $316,590.02 |
| 971 | Notice issued CP 0030 | 11-06-2017 | $0.00 |
| 971 | Notice issued CP 0049 | 11-06-2017 | $0.00 |
| 960 | Appointed representative | 11-14-2018 | $0.00 |
| 960 | Appointed representative | 10-22-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data