# In the United States Court of Federal Claims

TERRY W. KWONG,

    Plaintiff,

    v.

THE UNITED STATES,

    Defendant.

No. 23-267
Original order filed August 7, 2025
Amended order filed August 28, 2025

## AMENDED ORDER[1]

On August 6, 2025, the court held oral argument on the government's motion for summary judgment. During the hearing, in response to the court's questions, both parties discussed arguments that were not fully addressed in their briefs. To assist the court in deciding the issues presented, the court **orders** the parties to submit additional briefing. The briefs should address the following questions:

1. Does section 7508A provide for tolling or just a postponement of deadlines? What does either interpretation mean for the timing of Mr. Kwong's claims for 2007, 2010, and 2011?

2. When can Congress retroactively change a statute of limitations, and what is the impact of that change on pending claims?

3. How did the change to section 7508A in November 2021 impact claims that were not yet filed?

4. Can Mr. Kwong request a refund for his 2016 overpayment of $316,590 through his timely 2016 claim?

5. Related to question 3, in amending section 7508A in November 2021, Congress specified that the amendment "shall apply to federally declared disasters declared after the date of enactment of this Act." 167 Cong. Rec. S5247-01. What impact did the amendment have

---

[1] The court originally issued this order on August 7, 2025. ECF No. 32. This order replaces that order, adding questions 5 and 6, and adding five additional pages to the briefs. *Compare* ECF No. 32 *with* ECF No. 35.

with respect to the covid-19 pandemic, which was a federally declared disaster beginning in March 2020, before the amendment? When did the federal disaster declaration for the covid-19 pandemic end?

6. Related to question 4, when the IRS transfers an overpayment to satisfy a debt for an earlier year, under 26 U.S.C. § 7422(d), when does a taxpayer need to file a request for a refund of that transferred money? Was Mr. Kwong's 2020 Form 843 a timely request related to the April 15, 2017, payment?

The government shall file its brief by September 5, 2025. Mr. Kwong shall file a response brief by October 6, 2025. Each brief shall not exceed twenty pages, double-spaced in twelve-point font.

**IT IS SO ORDERED.**

/s/ Molly R. Silfen
MOLLY R. SILFEN
Judge