IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-267 T
(Judge Molly R. Silfen)

TERRY KWONG,

                                              Plaintiff,

v.

THE UNITED STATES,

                                              Defendant.

**JOINT STATUS REPORT**

In accordance with the Court's Order (Dkt. 40), the parties submit the following Joint Status Report:

Plaintiff has submitted a proposed amount of a stipulated judgment, subject to defendant's right to notice an appeal from the judgment and from the Court's November 25, 2025, Opinion denying the government's motion for summary judgment with respect to tax years 2007, 2010, and 2011.  Defendant's counsel has recommended that an authorized delegate of the Attorney General approve that proposed stipulated judgment amount.  Approval of the proposed stipulated judgment amount is subject to the same internal Division review process as other settlements or administrative resolutions.  Due to the amount at issue in the proposed stipulated judgment amount, final decision-making authority lies with the Deputy Director of the Court of Federal Claims Section.

1

Given the above, the parties respectfully request the Court require them to file an additional joint status report 30 days from this report regarding the status of the proposed resolution.

Respectfully submitted,

January 28, 2026

*/s/ Anthony Diosdi*
Anthony Victor Diosdi
Diosdi & Liu, LLP
505 Montgomery Street 11th Floor
San Francisco, CA 94111
(415) 318-3990
Fax: 415-335-7922
adiosdi@sftaxcounsel.com

Attorney for Plaintiff

January 28, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*/s/ Jason Bergmann*
JASON BERGMANN
Assistant Director

*/s/ Tanner Stromsnes*
TANNER STROMSNES
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
Post Office Box 26
Washington, DC 20044
Voice: (202) 307-6547
Fax:   (202) 514-9440
tanner.stromsnes@usdoj.gov

Attorneys for the United States