IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-267 T
(Judge Molly R. Silfen)

TERRY KWONG,

                              Plaintiff,

v.

THE UNITED STATES,

                              Defendant.

**JOINT STATUS REPORT**

In accordance with the Court's Order of January 30, 2026, the parties submit the following Joint Status Report:

Defendant's counsel's recommendation regarding the entry of a stipulated judgment is under review by an authorized delegate of the Attorney General. A final decision is pending agreement between the parties on the language of the proposed stipulated judgment. Discussions regarding the language of a proposed judgment have addressed the computation of interest on the overpayment of tax contemplated by the parties. The parties believe that they have reached an understanding regarding the computation of interest, and they expect to reach agreement on language in the very near future.

The parties anticipate that their work on a stipulated judgment will be completed soon, and that a joint motion to enter a stipulated judgment will be filed within the next 14 days.

Given the above, the parties respectfully request the Court require them to file an additional joint status report 14 days from this report regarding the status of the proposed resolution, unless the parties have sought to enter the stipulated judgment by that date.

Respectfully submitted,

February 27, 2026

/s/ Anthony Diosdi
Anthony Victor Diosdi
Diosdi & Liu, LLP
505 Montgomery Street 11th Floor
San Francisco, CA 94111
(415) 318-3990
Fax: 415-335-7922
adiosdi@sftaxcounsel.com

Attorney for Plaintiff

February 27, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

/s/ Jason Bergmann
JASON BERGMANN
Assistant Director

/s/ Tanner Stromsnes
TANNER STROMSNES
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
Post Office Box 26
Washington, DC 20044
Voice: (202) 307-6547
Fax:   (202) 514-9440
tanner.stromsnes@usdoj.gov

Attorneys for the United States