IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-267 T
(Judge Molly R. Silfen)

TERRY KWONG,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

**JOINT STATUS REPORT AND REQUEST FOR ENTRY OF JUDGMENT**

Pursuant to the Court's March 2, 2026, Order directing the parties to update the Court on the status of the parties' efforts to resolve the remaining issues in this case, the parties submit this Joint Status Report and request for entry of judgment.

The parties jointly propose that, consistent with the Court's November 25, 2025, Opinion (Dkt. 38), the Court should enter a judgment that includes the following language:

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover from the United States the following amount:

    For plaintiff's income-tax year ended December 31, 2007, an overpayment of income tax in the amount of $84,000.00, with statutory interest on such overpayment computed pursuant to section 6611(b)(2) of the Internal Revenue Code with a "date of overpayment" of September 19, 2018.

    For plaintiff's income-tax years ended December 31, 2010, December 31, 2011, December 31, 2015, and December 31, 2016, plaintiff shall take nothing.

    Neither party is awarded costs or attorneys' fees.

This proposed language is without prejudice to the parties' rights to notice an appeal of any judgment, opinion, or order entered in the above-captioned case.

                                                      Respectfully submitted,

March 13, 2026                          *s/Anthony Victor Diosdi*
                                                     Anthony Victor Diosdi
                                                     Diosdi & Liu, LLP
                                                     505 Montgomery Street 11th Floor
                                                     San Francisco, CA 94111
                                                     415-318-3990 Fax: 415-335-7922
                                                     adiosdi@sftaxcounsel.com

                                                     Attorney for Plaintiff

March 13, 2026                          BRETT A. SHUMATE
                                                     Assistant Attorney General

                                                     JOSHUA WU
                                                     Deputy Assistant Attorney General, Tax
                                                     Litigation Branch

                                                     *s/Jason Bergmann*
                                                     JASON BERGMANN
                                                     Assistant Director

                                                     */s/ Tanner Stromsnes*
                                                     TANNER STROMSNES
                                                     Trial Attorney
                                                     Tax Litigation Branch
                                                     Civil Division, Department of Justice
                                                     Post Office Box 26
                                                     Washington, DC 20044
                                                     Voice:  (202) 307-6547
                                                     Fax:    (202) 514-9440
                                                     tanner.stromsnes@usdoj.gov

                                                     Attorneys for the United States