# In the United States Court of Federal Claims

TERRY W. KWONG,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

No. 23-267

Filed March 16, 2026

**ORDER**

On November 25, 2025, the court issued its opinion granting in part and denying in part the government's motion for summary judgment and asked that the parties file a joint status report proposing next steps for the case. ECF No. 38. The parties filed joint status reports as they worked to reach an agreement for entry of a stipulated judgment consistent with the court's opinion. ECF Nos. 39, 41, 42. On March 13, 2026, the parties submitted a joint status report and request for entry of judgment. ECF No. 43.

The clerk of the court shall enter judgment in accordance with the court's November 25, 2025, opinion (ECF No. 38) and the parties' joint request for entry of judgment (ECF No. 43). Pursuant to rule 58 of the Rules of the Court of Federal Claims, plaintiff shall recover from the United States the following amount:

- For plaintiff's income-tax year ended December 31, 2007, an overpayment of income tax in the amount of $84,000.00, with statutory interest on such overpayment computed pursuant to section 6611(b)(2) of the Internal Revenue Code with a "date of overpayment" of September 19, 2018.

- For plaintiff's income-tax years ended December 31, 2010, December 31, 2011, December 31, 2015, and December 31, 2016, plaintiff shall take nothing

- Neither party is awarded costs or attorneys' fees.

2

The clerk of the court is **directed** to enter judgment. This is a final, appealable order.

**IT IS SO ORDERED.**

/s/ Molly R. Silfen
MOLLY R. SILFEN
Judge
