# In the United States Court of Federal Claims

**No. 23-267 T**
**Filed: March 17, 2026**

```
*************************************
TERRY W. KWONG,                    *
                    Plaintiff,     *
                                   *              JUDGMENT
          v.                       *
                                   *
THE UNITED STATES,                 *
                    Defendant.     *
*************************************
```

Pursuant to the court's Order, filed March 16, 2026,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff shall recover of and from the United States an overpayment of income tax, for plaintiff's income-tax year ended December 31, 2007, in the amount of $84,000.00, with statutory interest on such overpayment computed pursuant to section 6611(b)(2) of the Internal Revenue Code with a "date of overpayment" of September 19, 2018. No costs or attorney's fees are awarded.


Lisa L. Reyes
Clerk of Court

By:    s/ Ashley Reams
       Deputy Clerk


NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.