IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-267 T
(Judge Molly R. Silfen)

TERRY KWONG,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on March 17, 2026.

[*Signature page follows*.]

Respectfully submitted,

May 15, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch

*/s/ Jason Bergmann*
JASON BERGMANN
Assistant Director

*/s/ Tanner Stromsnes*
TANNER STROMSNES
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
Post Office Box 26
Washington, DC 20044
Voice: (202) 307-6547
Fax:    (202) 514-9440
tanner.stromsnes@usdoj.gov

Attorneys for the United States